## IN THE COURT OF APPEALS OF TENNESSEE
## MIDDLE SECTION AT NASHVILLE

| | |
|---|---|
| **JOE LARRY TURNBO** | ) |
| | ) |
| **Plaintiff/Appellant,** | ) |
| | )    **Wayne Chancery** |
| | )    **No. 8490** |
| **VS.** | ) |
| | )    **Case No.** |
| | )    **01-A-01-9307-CH-00314** |
| **BRENDA JANE (THOMPSON)** | ) |
| **TURNBO** | ) |
| | ) |
| **Defendant/Appellee.** | ) |

**FILED**

**December 30, 1997**

**Cecil W. Crowson**
**Appellate Court Clerk**

## ORDER

The opinion filed by this Court on December 11, 1996, is withdrawn, and a revised opinion filed simultaneously with this order is substituted therefor.

The judgment entered on December 11, 1996, is hereby set aside and the following judgment is substituted therefor.

In accordance with the opinion of the Court filed herein, the judgment of the Trial Court is affirmed. Costs of this appeal are assessed against the appellant and his surety. The cause is remanded to the Trial Court for further proceedings.

ENTER _____.

_____
HENRY F. TODD
PRESIDING JUDGE, MIDDLE SECTION

_____
SAMUEL L. LEWIS, JUDGE

_____
WILLIAM C. KOCH, JR., JUDGE